

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Luis Rasmussen; | * | Case No. | 11-18093-TJC |
| Maggaly Rasmussen | * | Chapter | 13 |
| | * | | |
| Debtors | * | | |

### ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
### ON MOTION OF CHAPTER 13 TRUSTEE AND
### NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by the Chapter 13 Trustee, the Response filed by the Debtors thereto and for the reasons stated on the record at the August 2, 2011 hearing held on this matter[1], it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above-referenced Chapter 13 case is dismissed; and it is further

ORDERED that, pursuant to 11 U.S.C. § 330(a), the Chapter 13 Trustee is allowed compensation in the sum of $100.00 for services rendered in this case prior to dismissal; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $0.00 for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §

---

[1] The Court rendered a bench ruling at the August 2, 2011 hearing and referred to the legislative history of 11 U.S.C. § 109(e). The legislative history that the Court cited can be found at *House Report No. 95-595, 95th Cong., 1st Sess. 318-20 (1977).*

362(a) is terminated.

cc: Debtors
    Debtors' Attorney - Michael Ostroff
    Chapter 13 Trustee

**End of Order**